UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Austin Glick

      Plaintiff

v

Western Power Sports, Inc doing business as Fly Racing

      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:17-cv-00291

◯ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

⦿ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Western Power Sports's Motion to Dismiss for Failure to State a Claim, [ECF No. 21], is GRANTED, and Glick's Motion for Entry of Default, [ECF No. 23], is DENIED.

Date: September 7, 2018

CLERK, U.S. DISTRICT COURT

/s./ K. Chrismer
_____
By: Deputy Clerk