UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION
Cause Number: 4:17-cv-00291-SMR-RAW

| | |
|---|---|
| AUSTIN D. GLICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| LEATT CORPORATION and ) | |
| WESTERN POWER SPORTS, INC., ) | |
| dba FLY RACING, ) | |
| ) | |
| Defendant (s). ) | |

Notice is hereby given that Austin D. Glick, Plaintiff, in the above-named case, 4:17-cv-00291-SMR-RAW, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order on Leatt Corporation's Motion to Dismiss entered in this action on the 3rd day of May, 2018, the Order on Western Powersports' Motion to Dismiss entered in this action on the 5th day of September, 2018, the Order on Austin Glick's Request for Default Entry entered in this action on the 5th day of September, 2018 and the Judgment entered in this action on the 7th day of September, 2018.

/s/ Angela M. Schneider-Pollard
Attorney for the Plaintiff

Angela M. Schneider-Pollard
SCHNEIDER-POLLARD LAW, LLC
P.O. Box 858
Greenwood, Indiana 46142
Telephone: (317)836-0645
Facsimile: (317) 735-8748
Email: apollard@schneiderpollardlaw.com

Brian P. Galligan
GALLIGAN REID, P.C.
300 Walnut Street, Suite 5
Des Moines, Iowa 50309
Telephone: (515)282-3333
Facsimile: (515) 282-0318
Email: bgalligan@galliganlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Angela M. Schneider-Pollard

Angela M. Schneider-Pollard
SCHNEIDER-POLLARD LAW, LLC
P.O. Box 858
Greenwood, Indiana 46142
Telephone: (317)836-0645
Facsimile: (317) 735-8748
Email: apollard@schneiderpollardlaw.com

Brian P. Galligan
GALLIGAN REID, P.C.
300 Walnut Street, Suite 5
Des Moines, Iowa 50309
Telephone: (515)282-3333
Facsimile: (515) 282-0318
Email: bgalligan@galliganlaw.com