## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 18-3173

Austin Glick

Appellant

v.

Western Power Sports, Inc, doing business as Fly Racing and Leatt Corporation

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:17-cv-00291-SMR)

_____

**MANDATE**

In accordance with the opinion and judgment of 12/05/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 03, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit